UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO: 18-11252-SDB |
| | : CHAPTER: 13 |
| KEITH ROBERT HILLIKER | |
| NANCY INGANDELLO HILLIKER | |
| Debtors | |
| | |
| FREEDOM MORTGAGE CORPORATION, | |
| Movant, | |
| | : CONTESTED MATTER |
| vs. | |
| | |
| KEITH ROBERT HILLIKER | |
| NANCY INGANDELLO HILLIKER | |
| HUON LE, Trustee | |
| Respondents. | |

### AFFIDAVIT OF DEFAULT UNDER CONSENT ORDER

STATE OF New Jersey

COUNTY OF Burlington

RE: Loan No. XXXXXX3046

BEFORE ME, THE UNDERSIGNED attesting authority in and for said State and County, who is over the age of eighteen (18) and having been duly sworn deposes and says the following under oath:

1. This Affidavit relates to a default by the Debtors in the terms of a Consent Order (hereinafter, referred to as the "Order") entered by this Court on September 10, 2019.

2. Pursuant to the terms of the Order, the Debtors were required to make certain payments to Movant. Deponent, based on review of the business records during the normal course of business as well as personal knowledge of the Debtor's accounts, finds that the Debtors are delinquent under the terms of said Order.

# EXHIBIT A

Affidavit of Default
Case# 18-11252-SDB

3. The amount currently in default under the Order is $9,876.87. This figure is comprised of:

| Description | From | To | Amount | Total |
|---|---|---|---|---|
| Missed Payment Group 1 | 09/01/2019 | 12/01/2019 | $1,306.41 | $5,225.64 |
| Missed Stip/Cure Payments | 09/15/2019 | 11/15/2019 | $1,550.41 | $4,651.23 |
| Grand Total | | | | $9,876.87 |

_____
Affiant

MARIA MCDEVITT
Print Name

Sworn to and subscribed
before me this __11__ day
of __December__, 2019

_____
Notary Public

JILL O'CONNOR
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 50107196
MY COMMISSION EXPIRES JUN. 18, 2024

# EXHIBIT A

Affidavit of Default
Case# 18-11252-SDB